**Order filed, October 2, 2019.**



**In The**

# Fourteenth Court of Appeals
————————

**NO. 14-19-00547-CV**
————————

**DEK-M NATIONWIDE, LTD, Appellant**

**V.**

**DAVID HILL D/B/A DOH OIL CO. CASSIE MOSELEY & DAVID MOSELEY AND COLORADO COUNTY CENTRAL APPRAISAL DISTRICT, Appellee**

---

**On Appeal from the 2nd 25th District Court
Colorado County, Texas
Trial Court Cause No. 23,859**

---

## ORDER

The reporter's record in this case was due August 26, 2019. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Patricia M. Wagner and Lori Schmid, the court reporters, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM